AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alexandra Briones<br>DOB: 02-18-1986<br><br>*Defendant(s)* | Case No. 7:19-MJ-0778 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2018__ in the county of __Fort Bend__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 66.75 kilograms of methamphetamine and approximately 10.80 kilograms of heroin, both schedule I controlled substances. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Ashley Brazelton, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/4/19 - 3:45p.h.

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT

On October 19, 2018, Texas Department of Public Safety State Trooper Nicolas Gassiott initiated a traffic stop on a gray, 2011 Chrysler Town and Country van with Texas registration KYF-7127 on IH-69 South in Fort Bend County, Texas for the rear most passenger not wearing a seat belt and failing to stop at a proper place at a stop light. While Trooper Gassiott was speaking with the driver of the vehicle, Alexandra BRIONES, BRIONES showed several indicators of criminal activity to include: extreme nervousness, inconsistent statements on travel plans, and lack of eye contact when asked about illegal substances inside the vehicle.

Trooper Gassiott received verbal consent from BRIONES to search the vehicle. Subsequent to the search of the vehicle, Trooper Gassiott opened the rear hatch of the vehicle and observed a black carpet covering multiple boxes. The carpet was also covered by lose clothes and backpacks. Trooper Gassiott observed one suit case, two small bags, and one gym bag in the vehicle for a family of five traveling to Houston for a week. Trooper Gassiott then removed the suit case, bags and carpet and located two speaker boxes on the far right side of the trunk area, a wooden box coated with grease wrapped in a trash bag in the middle of the trunk area, and two metal boxes welded closed on the far left of the trunk area. Trooper Gassiott picked up a speaker box revealing it to be heavier than normal. Trooper Gassiott then tapped on the speaker boxes revealing a solid sound inconsistent with other speaker boxes.

Trooper Gassiott requested the assistance of a Texas Department of Public Safety K-9 and the K-9 conducted a free air sniff and alerted to the presence of narcotics in the speaker boxes. Trooper Gassiott then removed a speaker from one of the boxes and located a false wall inside the box. While working to get inside the speaker box, BRIONES was looking around in all directions. BRIONES also emptied her pockets on her person of all her money and handed it to her mother, Alejandrina Briones. A hole was then made through the false wall of the speaker box revealing a bundle wrapped in gray tape containing a white powder substance.

A more in-depth search of the vehicle was made and troopers located two additional speaker boxes and two additional wooden blocks in a compartment under the second row seats of the vehicle. Upon search of the speaker boxes, wooden boxes and metal boxes, approximately 66.75 kilograms of methamphetamine and 10.80 kilograms of heroin were located. BRIONES was subsequently arrested by Texas Department of Public Safety and read her Miranda rights. BRIONES invoked her Miranda rights and did not make any statements at the time. BRIONES was subsequently arrested and processed under the Texas Department of Public Safety policy and procedures.